UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GEICO GENERAL INSURANCE COMPANY,

        NO. CIV. S-05-1767 LKK/KJM

    Plaintiff,

 v.                                 O R D E R

LESLEE MANTEGANI,

    Defendant.
_____/

    Pursuant to court order, a Status (Pretrial Scheduling) Conference is currently set for November 14, 2005 in the above-captioned case. In its status report, plaintiff states that it has not served the complaint in order to facilitate settlement negotiations. While that effort is laudable, plaintiff has failed to serve process in contravention of the court's Order Setting Status Conference and without prior leave of court. Plaintiff requests a continuance of the status conference, while the parties engage in settlement negotiations. The court will grant one

1

1 continuance of the initial Status Conference; however, no further
2 continuances will be granted and plaintiff is directed to serve
3 process so that defendant shall answer or otherwise respond before
4 the continued Status Conference date.
5 　　　Accordingly, the Status Conference currently set for November
6 14, 2005, is CONTINUED to January 23, 2006 at 2:30 p.m.  The
7 parties are reminded of their obligation to file status reports not
8 later than ten days preceding the Conference.  Counsel for
9 plaintiff shall give notice of the continued Status Conference date
10 with service of process.
11 　　　IT IS SO ORDERED.
12 　　　DATED:  November 10, 2005
13
14 　　　　　　　　　　　　　　　　　　/s/Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
15 　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
16
17
18
19
20
21
22
23
24
25
26